# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

DENISE B. D'APRILE,

          Plaintiff,

-vs-                                    Case No.  2:09-cv-270-FtM-36SPC

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

          Defendant.

_____

## <u>ORDER</u>

This matter comes before the Court on The Plaintiff Denise B.D. Aprile and the Defendant Unum Life Insurance Company of America's Joint Motion for Partial Reconsideration of Order on Joint Motion for a Sixty Day Extension of Case Deadlines (Doc. #49 ) filed on April 29, 2010.  On April 19, 2010, the Court entered an Order (Doc. # 48) granting in part the Parties Motion to enlarge the deadline in the Case Management and Scheduling Order by sixty days.  The Court allowed the extension of time to file the expert reports but otherwise denied the Motion.  However, based upon the Parties arguments, the Court will reconsider its previous Order and grant the enlargement of the Case Management and Scheduling Order.

Accordingly, it is now **ORDERED**:

The Plaintiff Denise B.D. Aprile and the Defendant Unum Life Insurance Company of America's Joint Motion for Partial Reconsideration of Order on Joint Motion for a Sixty Day Extension of Case Deadlines (Doc. #49 ) is **GRANTED**.  The Case Management and Scheduling Order is Modified as Follows:

| Disclosure of Experts | Plaintiff:<br>Defendant:<br>Rebuttal: | **May 31, 2010**<br>**July 2, 2010**<br>**August 2, 2010** |
|---|---|---|
| Discovery Deadline | | **August 2, 2010** |
| Mediation | Deadline:<br>Mediator:<br>Address:<br>Telephone:<br><br>If no Mediator is selected herein the Parties shall file a stipulation selecting a mediator within eleven days of the date of this Order | **August 16, 2010** |
| Dispositive Motions, *Daubert*, and *Markman* Motions | | **August 30, 2010** |
| Meeting In Person to Prepare Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | | **November 23, 2010** |
| Joint Final Pretrial Statement | | **December 3, 2010** |
| All Other Motions Including Motions *In Limine*, Trial Briefs | | **December 3, 2010** |
| Final Pretrial Conference | Date:<br>Time:<br>Judge: | **February 14, 2011**<br>**1:30pm**<br>**Hon. Charlene Edwards Honeywell** |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | | **March 1, 2011** |

**DONE AND ORDERED** at Fort Myers, Florida, this ___13th___ day of May, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record
       DCCD: Libby Figgers