UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENISE B. D'APRILE,

           Plaintiff,

-vs-                                        Case No. 2:09-cv-270-FtM-36SPC

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

           Defendant.
_____

**ORDER**

      This matter comes before the Court on Plaintiff's Second Motion to Compel Deposition Testimony of Rule 30(b)(6) Designee (Doc. #96) filed on August 24, 2010. Plaintiff informs the Court that discovery in this case is set to close in one week and Defendant's Rule 30(b)(6) designee has not yet been deposed. The Parties have been communicating in an effort to arrive at a date for the deposition to take place, but have failed to reach an agreement. Plaintiff now moves the Court for an Order directing that the deposition take place prior to the close of discovery. The Court notes that it has ruled on Plaintiff's First Motion to Compel Deposition Testimony which resolved a dispute between the Parties as to the subject areas that the corporate designee will be required to testify to (Doc. #98). Thus, the Parties can now move forward with the deposition.

      Accordingly, it is now

      **ORDERED:**

Plaintiff's Second Motion to Compel Deposition Testimony of Rule 30(b)(6) Designee (Doc. #96) is **GRANTED**. Defendant's Rule 30(b)(6) designee should be designated by **September 1, 2010.** The deadline for the deposition to take place is **September 15, 2010.**

**DONE AND ORDERED** at Fort Myers, Florida, this   25th    day of August, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record