UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENISE B. D'APRILE,

          Plaintiff,

-vs-                                             Case No.  2:09-cv-270-FtM-36SPC

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

          Defendant.
_____

## ORDER

      This matter comes before the Court on Plaintiff's Emergency Motion for Supplemental Protective Order (Doc. #165) filed on December 1, 2010.  Plaintiff asserts that she is unable to redact client names in the QuickBooks backup file that she was ordered to produce by November 26, 2010. Plaintiff has proposed two alternative means of producing the backup file to Defendant that would redact the client names, to which Defendant has not agreed.  Plaintiff, an attorney, believes that if the file is produced with unredacted client names, she will be in violation of Florida Bar Rule 4-1.6.

      The Court will order that Defendant to respond to the instant Motion and inform the Court how it believes the QuickBooks backup file with the names redacted that is still in a form that is usable for its purposes should be produced.  If Defendant believes it is entitled to the unredacted backup file, Defendant shall provide the Court with authority for this assertion and respond to Plaintiff's concerns regarding Florida Bar Rule 4-1.6.  The Court is confident that the Parties can work together to arrive at a mutually agreeable solution to this issue.

      Accordingly, it is now

**ORDERED:**

Defendant shall file a response to Plaintiff's Emergency Motion for Supplemental Protective Order (Doc. #165) on or before **December 6, 2010.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___2nd___ day of December, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record