UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

DENISE B. D'APRILE,

Plaintiff,

v. CASE NO.: 2:09-cv-00270-CEH-SPC

UNUM LIFE INSURANCE COMPANY OF AMERICA,

Defendant.
_______________________________________/

**DEFENDANT'S NOTICE OF CONFLICT**

COMES NOW the Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through undersigned counsel and files this Notice of Conflict and as grounds therefore states as follows:

1. The above-captioned matter is currently scheduled for the one (1) month trial term beginning on March 1, 2011.

2. The instant case is in conflict with the case of *Oborne v. Eau Gallie Towing & Recovery, Inc., et al*, Case No. 05-2009-CA-045731 in Brevard County, Florida. The *Oborne* case is a specially set two-week jury trial commencing Monday, February 28, 2011.

3. Additionally, the instant case is in conflict with the case of *Lawson v. Magical Charters, Inc., et al*, Case No.: 09-24144, Division G in Hillsborough County, Florida, which is currently scheduled for a one (1) week docket commencing March 21, 2011.

4. Further, the instant case is in conflict with the case of *Edwards v. Mosaic Phosphates Co., et al*, Case No.: 53-2010-CA-001829-0000-WH, Section 7 in Polk County, Florida, which is currently scheduled for the two (2) week docket commencing March 28, 2011.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **16th** day of December, 2010, I electronically filed (if applicable) the foregoing with the Clerk of the Court by using the CM/ECF System which will send a Notice of Electronic Filing to the following: C. Phillip Campbell, Jr., Esquire and Michele Leo Hintson, Esquire, Shumaker, Loop & Kendrick, LLP, P.O. Box 172609, Tampa, FL 33672-0609; and Joshua N. Rose, Esquire and Yuval Rubinstein, Esquire, Equitas Disability Advocates, LLC, 1875 Eye Street, NW Suite 1150, Washington, DC 20036.

*/s/ Reba A. Abraham*

TIMON V. SULLIVAN, ESQUIRE
Florida Bar Number: 283010
TSullivan@ogdensullivan.com
REBA A. ABRAHAM, ESQUIRE
Florida Bar Number: 0027369
RAbraham@ogdensullivan.com
OGDEN, SULLIVAN & O'CONNOR, P.A.
113 South Armenia Avenue
Tampa, FL 33609-3307
(813) 223-5111
(813) 229-2336 Facsimile
Attorneys for Defendant Unum Life Insurance Company of America