UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENISE B. D'APRILE,

            Plaintiff,

-vs-                                              Case No.  2:09-cv-270-FtM-36SPC

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

            Defendant.
_____

**ORDER**

This matter comes before the Court on Plaintiff's Unopposed Motion for a Sixty Day Extension of Case Deadlines (Doc. #178) filed on December 23, 2010.  The Parties are requesting a 60-day extension of pretrial dates and the trial date.  As grounds, Plaintiff states that her local counsel will be withdrawing shortly and that she is in the process of retaining new lead trial counsel. The Motion is unopposed.  Thus, for good cause shown, the Motion is due to be granted.

Accordingly, it is now

**ORDERED:**

Plaintiff's Unopposed Motion for a Sixty Day Extension of Case Deadlines (Doc. #178) is **GRANTED**.  The deadlines in this case are amended as follows:

| | |
|---|---|
| Meeting In Person to Prepare Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **March 18, 2011** |
| Joint Final Pretrial Statement | **March 28, 2011** |

| | |
|---|---|
| All Other Motions Including Motions *In Limine*, Trial Briefs | **March 28, 2011** |
| Final Pretrial Conference     Date:<br>Time:<br>Judge: | **April 18, 2011**<br>**1:30pm**<br>**Hon. Charlene Edwards Honeywell** |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | **May 2, 2011** |

All other deadlines remain unchanged.

**DONE AND ORDERED** at Fort Myers, Florida, this ___27th___ day of December, 2010.

                                           SHERI POLSTER CHAPPELL
                                           UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record
           DCCD: Libby Figgers