**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

DENISE B. D'APRILE,

      Plaintiff,

-vs-                                            Case No. 2:09-cv-270-FtM-36SPC

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

      Defendant.

_____

**ORDER**

This matter comes before the Court *sua sponte* on March 3, 2011. On January 28, 2011, the Court issued an Order to Show Cause (Doc. #184) directing the Plaintiff to show cause in writing as to why sanctions should not be imposed for failure to obtain local Counsel. On January 31, 2011, the Plaintiff filed a response indicating the failure to obtain counsel was excusable due to unforeseen circumstances. Further, a Notice of Appearance (Doc. #185) has been filed indicating compliance with the Court's directive. Thus, no further action will be taken on the Order to Show Cause.

Accordingly, it is now

**ORDERED:**

No further action will taken on the Court's Order to Show Cause (Doc. #184).

**DONE AND ORDERED** at Fort Myers, Florida, this   4th   day of March, 2011.

*[signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record