UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENISE B. D'APRILE,

                Plaintiff,

-vs-                                                Case No.  2:09-cv-270-FtM-36SPC

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

                Defendant.
_____

## ORDER

      This matter comes before the Court *sua sponte*. This Court has set a hearing in this matter to hear argument on Equitas Disability Advocates' Motion to Adjudicate and Enforce Attorneys' Charging Lien (Doc. #199) for August 2, 2011. The Court notes that this case was resolved by settlement. In anticipation of the hearing, the Court directs Plaintiff to provide the Court with the settlement agreement entered into between Plaintiff and Unum Life Insurance for *in camera* review. As the Court is aware that Plaintiff's attorney will be unavailable and out of town until July 20, 2011, the Court will allow Plaintiff some time after this date to provide the Court with the agreement.

      Accordingly, it is now

      **ORDERED:**

      Plaintiff is hereby directed to provide the Court with a copy of the settlement agreement entered into between Plaintiff and Unum Life Insurance for *in camera* review on or before **July 28,**

**2011**.  The agreement may be faxed in confidence to the undersigned's chambers at **(239) 461-2139.**

**DONE AND ORDERED** at Fort Myers, Florida, this <u>  8th  </u> day of July, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

**Copies:** All Parties of Record