UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENISE B. D'APRILE,

          Plaintiff,

-vs-                                                    Case No.  2:09-cv-270-FtM-36SPC

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

          Defendant.
_____

## ORDER

This matter comes before the Court on Equitas Disability Advocates' Reply in Support of Enforcement of Charging Lien (Doc. #208) filed on July 6, 2011.  The Court notes that Equitas' Reply Brief is 17 pages in length, even though the Court specifically told Equitas that its Reply Brief in support of its Motion to Adjudicate and Enforce Attorneys' Charging Lien should be no more than 10 pages in its June 29, 2011 Order.  (Doc. #204, ¶ 1).  Therefore, as Equitas' Reply was in contravention of this Court's Order, it is due to be striken.

Accordingly, it is now **ORDERED:**

(1)  Equitas Disability Advocates' Reply in Support of Enforcement of Charging Lien (Doc. #208) is **STRIKEN**.  The Clerk of Court is directed to strike Doc. #208 from the docket sheet.

(2)  Equitas shall have up to and including **July 15, 2011** to file a reply brief in support of its Motion to Adjudicate and Enforce Attorneys' Charging Lien of **no more than 10 pages**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___8th___ day of July, 2011.

*[signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record