# PRODUCTION OF COURT ORDERED TRANSCRIPT
## (NON-CJA CASE -- PAYMENT BY THE UNITED STATES)

**Case Style:** **DENISE D'APRILE vs. UNUM LIFE INSURANCE COMPANY**

**Case No.:** **2:09-cv-270-FTM-36SPC**

**To:** **To Contract Court Reporter - Patsy Coleman, Martina Reporting Services**

Specific Proceeding (or portion thereof) for which the transcript is required:

**Evidentiary Hearing on Motion:   First MOTION for attorney fees** *Adjudication and Enforcement of Charging Lien* **MOTION for miscellaneous relief, specifically Adjudication of Attorneys Fee Lien; Stay of Distribution Pending Payment filed by Equitas Disability Advocates, and [202] MOTION to reopen Case** *2:09-cv-00270 and to Set a Schedule and Leave to File a Reply* **filed by Equitas Disability Advocates**

Transcript Ordered for Use by:

**The Court**

Type of Transcript Requested:

**14 Day Transcript @ $4.25 per page (deliver within fourteen (14) days)**

Judge Ordering Transcript:

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

September 8, 2011

===========================================================================

**TO:   CLERK OF COURT (Attn:  Marsha Williams)**

The Transcript ordered above has been completed and delivered to _____ _____. Payment by the Clerk of Court is hereby requested.

No. of pages: _____     Page Rate: _____     Total Amount_____

_____                              _____
     Date                                                Court Reporter Signature